READY MIX CONCRETE v. SALES CORP.

No. 183 PC.

No. 94 (Fall Term).

Case below: 36 N.C. App. 778.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 29 August 1978.

REALTY CO. v. TRUST CO.

No. 175 PC.

No. 93 (Fall Term).

Case below: 37 N.C. App. 33.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 29 August 1978.

SLOAN v. WELLS

No. 6 PC.

No. 102 (Fall Term).

Case below: 37 N.C. App. 177.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 29 August 1978.

STATE v. ABERNATHY

No. 193 PC.

Case below: 36 N.C. App. 527.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 August 1978.

STATE .v. BLACK

No. 185 PC.

Case below: 36 N.C. App. 651.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 August 1978.